COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-140-CV

BILL SADLER AND PATTI SADLER
 
APPELLANTS

V.

THE CADLE COMPANY
 APPELLEE

 
 

----------

FROM THE 415
th
 DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Agreed Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL B:  MCCOY, LIVINGSTON, and WALKER, JJ.  

DELIVERED:  January 24, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.